Gethsemane Pita
Register # 92104-022
Federal Correctional Institution
PO Box 9000
Safford, AZ 85548-9000

June 5, 2008

Honorable Judge Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd
Honolulu, HI 96850

Re: Case # CR-05-00167-JMS-01

w/ Appointment of Counsel

Dear Judge Seabright:

    In 2005, I was convicted of distribution of cocaine base and received a sentence of twenty years imprisonment.

    My purpose for contacting you is to determine whether or not the recent "crack cocaine" amendment applies to my case and, if so, would I be eligible for a two-point reduction on my base offense level.

    I realize that you are not my attorney and are not obligated to assist me in this matter. However, at present, I do not have the financial resources to retain my own attorney for consultation.

    I hope, you can assist me in this matter or provide me with appropriate direction and that this request does not inconvenience you.

    I appreciate your attention, assistance and consideration in this matter. Further, I look forward to you response.


Respectfully Submitted,


_____
Gethsemane Pita