

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 12 2008
DISTRICT OF HAWAII

Honorable Judge Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd
Honolulu, HI 96850

Gethsemane Pita #92104-022
Federal Correctional Institution
PO Box 9000
Safford, AZ 85548-9000

LEGAL MAIL